# United States Bankruptcy Court
For The
District of Montana

## CHAPTER 13 TRUSTEE'S FINAL REPORT AND ACCOUNT

In Re: GREG EDWARD & GLORIA ANN SPANGELO    Case No: 05-64881-13
2015 CENTRAL AVENUE WEST
GREAT FALLS, MT 59404

Case Filed: 10/14/2005    Plan Filed: 10/20/2005    Plan Confirmed: 01/23/2006

Plan Amended: 04/05/2006

Amended Plan Confirmed: 04/21/2006

Plan Completed. 11/03/2008

Total funds received and disbursed pursuant to the plan: $ 57,462.43    See attachment for receipt details.

| Claim Number | Name of the Claimant | Claimed by Creditor | Allowed Amount to be Paid by Trustee | Principal Paid | Interest Paid | Allowed Amount Not Paid |
|---|---|---|---|---|---|---|
| 799 | KRAIG C. KAZDA | 1,300.00 | 1,300.00 | 1,300.00 | 0.00 | 0.00 |
|  | **Total Admin** | 1,300.00 | 1,300.00 | 1,300.00 | 0.00 | 0.00 |
| 999 | GREG EDWARD & GLORIA ANN SPANGELO | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | **Total Refund** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CENDANT MORTGAGE CORPORATION | 58,781.84 | Direct Pay | 0.00 | 0.00 | Direct Pay |
| 007 | WELLS FARGO BANK, NA | 26,218.06 | Direct Pay | 0.00 | 0.00 | Direct Pay |
| 016 | US BANK/RETAIL PAYMENT SOLUTIONS | 11,128.87 | Direct Pay | 0.00 | 0.00 | Direct Pay |
| 017 | CAPITAL ONE AUTO FINANCE | 11,181.17 | Direct Pay | 0.00 | 0.00 | Direct Pay |
|  | **Total Secured** | 107,309.94 | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | DISCOVER FINANCIAL SERVICES | 5,955.28 | 5,955.28 | 5,955.28 | 0.00 | 0.00 |
| 004 | GREAT FALLS CLINIC | 1,703.89 | 1,703.89 | 1,703.89 | 0.00 | 0.00 |
| 005 | CARD PROCESSING CENTER | 2,167.27 | 2,167.27 | 2,167.27 | 0.00 | 0.00 |
| 009 | GENERAL ELECTRIC/MONTGOMERY WARD | 2,216.36 | 2,216.36 | 2,216.36 | 0.00 | 0.00 |
| 010 | GENERAL ELECTRIC/JCP CONSUMER | 1,753.30 | 1,753.30 | 1,753.30 | 0.00 | 0.00 |
| 011 | HSBC BANK NEVADA NA/HSBC CARD SERV. | 4,580.92 | 4,580.92 | 4,580.92 | 0.00 | 0.00 |
| 012 | CHASE MANHATTAN BANK USA, NA | 6,875.15 | 6,875.15 | 6,875.15 | 0.00 | 0.00 |
| 013 | HSBC BANK NEVADA NA/HSBC CARD SERV. | 989.67 | 989.67 | 989.67 | 0.00 | 0.00 |
| 014 | US BANK/RETAIL PAYMENT SOLUTIONS | 791.72 | 791.72 | 791.72 | 0.00 | 0.00 |
| 015 | US BANK/RETAIL PAYMENT SOLUTIONS | 852.17 | 852.17 | 852.17 | 0.00 | 0.00 |
| 020 | MBNA AMERICA BANK, NA | 11,627.61 | 11,627.61 | 11,627.61 | 0.00 | 0.00 |
| 021 | MBNA AMERICA BANK, NA | 4,663.70 | 4,663.70 | 4,663.70 | 0.00 | 0.00 |
| 022 | CITIBANK SD, NA | 6,735.00 | 6,735.00 | 6,735.00 | 0.00 | 0.00 |
|  | **Total Unsecured** | 50,912.04 | 50,912.04 | 50,912.04 | 0.00 | 0.00 |
|  | **Grand Totals** | 159,521.98 | 52,212.04 | 52,212.04 | 0.00 | 0.00 |

| | |
|---|---|
| Total Paid Claimants: | 52,212.04 |
| Trustee Fees and Costs: | 5,250.39 |
| Percent Paid Unsecured: | 100.0000 |

Pursuant to FRBP 5009, the undersigned certifies that this estate has been fully administered. Wherefore, the undersigned Trustee requests that an Order be entered which discharges the trustee and grants such other relief as may be just and proper.

/s/ Robert G. Drummond

Report Dated: 12/17/2008

Robert G. Drummond, Trustee
P.O. Box 1829
Great Falls, MT 59403
(406) 761-8600

# United States Bankruptcy Court

For The
District of Montana

In Re: GREG EDWARD & GLORIA ANN SPANGELO		Case No: 05-64881-13

DETAIL OF RECEIPTS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/18/2005 | 750.00 | 12/16/2005 | 750.00 | 01/18/2006 | 750.00 | 02/21/2006 | 750.00 |
| 04/03/2006 | 850.00 | 05/02/2006 | 850.00 | 06/01/2006 | 850.00 | 07/03/2006 | 850.00 |
| 08/01/2006 | 850.00 | 09/01/2006 | 850.00 | 10/02/2006 | 850.00 | 11/01/2006 | 850.00 |
| 12/01/2006 | 850.00 | 01/02/2007 | 850.00 | 02/01/2007 | 850.00 | 03/01/2007 | 850.00 |
| 03/30/2007 | 850.00 | 04/20/2007 | 850.00 | 05/31/2007 | 850.00 | 07/02/2007 | 850.00 |
| 07/31/2007 | 900.00 | 08/30/2007 | 900.00 | 10/01/2007 | 900.00 | 11/01/2007 | 900.00 |
| 11/30/2007 | 900.00 | 01/02/2008 | 900.00 | 02/05/2008 | 850.00 | 03/03/2008 | 850.00 |
| 04/01/2008 | 850.00 | 05/01/2008 | 850.00 | 05/30/2008 | 850.00 | 07/01/2008 | 850.00 |
| 08/01/2008 | 850.00 | 08/29/2008 | 850.00 | 09/30/2008 | 850.00 | 11/03/2008 | 27,812.43 |

# United States Bankruptcy Court
District of Montana

In Re:  
GREG EDWARD & GLORIA ANN SPANGELO

CASE NO: 05-64881-13

### Certificate of Mailing

GREG EDWARD & GLORIA ANN SPANGELO  
2015 CENTRAL AVENUE WEST GREAT FALLS, MT 59404

CENDANT MORTGAGE CORPORATION  
C/O CHARLES J. PETERSON P. O. BOX 1097 DICKINSON, ND 58602

DISCOVER FINANCIAL SERVICES  
P. O. BOX 3025 NEW ALBANY, OH 43054

GREAT FALLS CLINIC  
P. O. BOX 5012 GREAT FALLS, MT 59403

CARD PROCESSING CENTER  
C/O ECAST SETTLEMENT CORPORATION P. O. BOX 35480 NEWARK, NJ 07193-5480

WELLS FARGO BANK, NA  
C/O ECAST SETTLEMENT CORPORATION P. O. BOX 7247-6971 PHILADELPHIA, PA 19170-6971

GENERAL ELECTRIC/MONTGOMERY WARD  
C/O ECAST SETTLEMENT CORPORATION P. O. BOX 35480 NEWARK, NJ 07193-5480

GENERAL ELECTRIC/JCP CONSUMER  
C/O ECAST SETTLEMENT CORP. P. O. BOX 35480 NEWARK, NJ 07193-5480

HSBC BANK NEVADA NA/HSBC CARD SERV.  
C/O eCAST SETTLEMENT CORP. P. O. BOX 35480 NEWARK, NJ 07193-5480

CHASE MANHATTAN BANK USA, NA  
C/O ECAST SETTLEMENT CORPORATION P. O. BOX 35480 NEWARK, NJ 07193-5480

US BANK/RETAIL PAYMENT SOLUTIONS  
BANKRUPTCY DEPARTMENT P. O. BOX 5229 CINCINNATI, OH 45201-5229

CAPITAL ONE AUTO FINANCE  
C/O ASCENSION CAPITAL GROUP P. O. BOX 201347 ARLINGTON, TX 76006

MBNA AMERICA BANK, NA  
C/O ECAST SETTLEMENT CORPORATION P. O. BOX 35480 NEWARK, NJ 07193-5480

CITIBANK SD, NA  
C/O ECAST SETTLEMENT CORPORATION P. O. BOX 35480 NEWARK, NJ 07193-5480

The undersigned certifies, under penalty of perjury, that a copy of the attached Chapter 13 Trustee's Final Report and Account in the above-entitled case was mailed, in sealed envelopes, bearing first class postal indicia, or was delivered personally to the above.

Dated: December 17, 2008

/s/ Karen Prinzing  
Karen Prinzing